# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>RUBEN SOTO (1),<br><br>              Defendant. | Criminal Case No. 14CR1988-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Ruben Soto is **dismissed without prejudice**. The defendant is hereby discharged and bond in this case is hereby exonerated.

IT IS SO ORDERED AND ADJUDGED.

Dated: August 21, 2014

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE